IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLARENDON NATIONAL INSURANCE COMPANY**             **PLAINTIFF**

**v.**             **4:08-CV-00023-WRW**

**UNITED FIRE & CASUALTY COMPANY**             **DEFENDANT**

## JUDGMENT

Based on the Order entered this date, judgment is entered in favor of Plaintiff.

IT IS SO ORDERED this 3rd day of October, 2008.

                                            /s/ Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE